## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: George Konstantis              Atty Name (if applicable): William E. Krall, Jr

Street Address: _____           CA Bar No. (if applicable): 77061

_____               Atty Fax No. (if applicable): (949) 496-0278

Filer's Telephone No.: _____

In re: George Konstantis

Case No.: 8:11-bk-26708

Chapter 7 _____ 11 _____ 13 __x__

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____ B ____ C ____ D ____ E ____ F ____ G ____ H ____ I _x_ J _x_

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, George Konstantis _____, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/24/2014

_____
*Debtor Signature*
George Konstantis

_____
*Co-Debtor Signature*

** FOR COURT USE ONLY **

***SEE REVERSE SIDE***

B-1008 Revised November 2011                                                B-1008

Fill in this information to identify your case:

Debtor 1    George                              Konstantis
            First Name      Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name  Last Name

United States Bankruptcy Court for the: Central    District of California
                                                            (State)

Case number  8:11-bk-26708-ES
(If known)

Check if this is:
[X] An amended filing
[ ] A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income                                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | [ ] Employed<br>[X] Not employed | [ ] Employed<br>[ ] Not employed |
| Occupation | Restaurant manager | |
| Employer's name | Rose's Sugarshack Cafe | |
| Employer's address | 2319 S. El Camino Real<br>Number  Street<br>San Clemente, CA 92672<br>City    State   ZIP Code | Number  Street<br><br>City    State   ZIP Code |
| How long employed there? | 17 yrs | |

Debtor will resume work with Rose's Sugarshack café, effective Nov. 1, 2014

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 2,700 | $ _____ |
| 3. Estimate and list monthly overtime pay. | 3. +$ _____ | +$ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $ 2,700 | $ _____ |

Official Form 6I                             Schedule I: Your Income                          page 1
                                                                                              B6I

Debtor 1  George _____ Konstantis _____          Case number (if known) 8:11-bk-26708-ES
         First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ..................................➔ 4. | $ 2,700 | $ _____ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions    5a. | $ 450 | $ _____ |
| 5b. Mandatory contributions for retirement plans    5b. | $ _____ | $ _____ |
| 5c. Voluntary contributions for retirement plans    5c. | $ _____ | $ _____ |
| 5d. Required repayments of retirement fund loans    5d. | $ _____ | $ _____ |
| 5e. Insurance    5e. | $ _____ | $ _____ |
| 5f. Domestic support obligations    5f. | $ _____ | $ _____ |
| 5g. Union dues    5g. | $ _____ | $ _____ |
| 5h. Other deductions. Specify: _____    5h. | +$ _____ | +$ _____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6. | $ 450 | $ _____ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7. | $ 2,250 | $ _____ |

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ _____    $ _____

8b. Interest and dividends    8b.    $ _____    $ _____

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ _____    $ _____

8d. Unemployment compensation    8d.    $ _____    $ _____

8e. Social Security    8e.    $ 1,147    $ _____

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.    $ _____    $ _____
Specify: _____    8f.

8g. Pension or retirement income    8g.    $ _____    $ _____

8h. Other monthly income. Specify: Boarder    8h.    +$ 1,600    +$ _____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 2,747    $ _____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 4,997    +    $ _____    =    $ 4,997

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____    11. +$ _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12.    $ 4,997
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    [ ] No.
    [X] Yes. Explain: Debtor will resume employment on Nov 1, 2014 at a gross of $2,700/ see Debtor's Declar

Official Form 6I        Schedule I: Your Income        page 2

Fill in this information to identify your case:

Debtor 1 __George_____ _____ __Konstantis_____
         First Name              Middle Name  Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: __Central__ District of __Califor__
                                                                 (State)

Case number  __8:11-bk-26708_____
(If known)

Check if this is:

[X] An amended filing
[ ] A supplement showing post-petition chapter 13 expenses as of the following date:
    _____
    MM / DD / YYYY
[ ] A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

[X] No. Go to line 2.
[ ] Yes. Does Debtor 2 live in a separate household?
    [ ] No
    [ ] Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**  [X] No   [ ] Yes. Fill out this information for each dependent..................

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | [ ] No [ ] Yes |
| _____ | _____ | [ ] No [ ] Yes |
| _____ | _____ | [ ] No [ ] Yes |
| _____ | _____ | [ ] No [ ] Yes |
| _____ | _____ | [ ] No [ ] Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**  [X] No  [ ] Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.  $  __2,722__

If not included in line 4:

4a. Real estate taxes                                                 4a. $ __inc__
4b. Property, homeowner's, or renter's insurance                      4b. $ __inc__
4c. Home maintenance, repair, and upkeep expenses                     4c. $ __50__
4d. Homeowner's association or condominium dues                       4d. $ __377__

Debtor 1  George _____ Konstantis _____    Case number (if known) 8:11-bk-26708
          First Name  Middle Name  Last Name

**Your expenses**

5. Additional mortgage payments for your residence, such as home equity loans    5. $ _____

6. Utilities:
   6a. Electricity, heat, natural gas    6a. $ 120
   6b. Water, sewer, garbage collection    6b. $ 30
   6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ 99
   6d. Other. Specify: _____    6d. $ _____

7. Food and housekeeping supplies    7. $ 400

8. Childcare and children's education costs    8. $ _____

9. Clothing, laundry, and dry cleaning    9. $ 30

10. Personal care products and services    10. $ 80

11. Medical and dental expenses    11. $ 105

12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.    12. $ 85

13. Entertainment, clubs, recreation, newspapers, magazine, and books    13. $ 50

14. Charitable contributions and religious donations    14. $ _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance    15a. $ _____
    15b. Health insurance    15b. $ _____
    15c. Vehicle insurance    15c. $ 115
    15d. Other insurance. Specify: _____    15d. $ _____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. $ _____

17. Installment or lease payments:
    17a. Car payments for Vehicle 1    17a. $ _____
    17b. Car payments for Vehicle 2    17b. $ _____
    17c. Other. Specify: _____    17c. $ _____
    17d. Other. Specify: _____    17d. $ _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, Schedule I, Your Income (Official Form 6I).    18. $ _____

19. Other payments you make to support others who do not live with you.
    Specify: _____    19. $ _____

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property    20a. $ _____
    20b. Real estate taxes    20b. $ _____
    20c. Property, homeowner's, or renter's insurance    20c. $ _____
    20d. Maintenance, repair, and upkeep expenses    20d. $ _____
    20e. Homeowner's association or condominium dues    20e. $ _____

Official Form 6J    Schedule J: Your Expenses    page 2

Debtor 1  <u>George</u>          <u>Konstantis</u>          Case number (if known) <u>8:11-bk-26708</u>
          First Name   Middle Name   Last Name

21. Other. Specify: <u>$300 per month to MB finance for 8 Mos.</u>        21. +$ _____300_____

22. Your monthly expenses. Add lines 4 through 21.                        22. $ _____4,563_____
    The result is your monthly expenses.

23. Calculate your monthly net income.                                        $ _____4,997_____
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.  23a.
    23b. Copy your monthly expenses from line 22 above.                   23b. -$ _____4,563_____
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                         23c. $ _____434_____

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☒ Yes.   Explain here: Debtor owes MB finance 2,385.00 which he proposes to pay $300 per month for 7 months with a final payment of +- $585.00.

Official Form 6J                    Schedule J: Your Expenses                              page 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27345 ORTEGA HWY., STE. 200, SAN JUAN CAPISTRANO, CA 92675

A true and correct copy of the foregoing document entitled (*specify*): AMENDED SCHEDULES I & J

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/24/14, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that he following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
AMRANE COHEN, TRUSTEE - efile@ch13ac.com; U.S. TRUSTEE - ustpregion16.sa.ecf@usdoj.gov;ROBERT T. PHIFER, ATTORNEY FOR BANK OF AMERICA - robert.phifer@bankofamerica.com

[ ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 10/24/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/29/14, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
LODGE COPY VIA PERSONAL DELIVERY BY SADDLEBACK ATTORNEY SERVICE TO JUDGE ERITHE SMITH IN DEPT. 5A

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/14 | VICTORIA CUEVAS | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE
F901331